AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:22-MJ-01410-KS-1 |
| BRANDI N. GRADY | ) | |
| *Defendant* | ) | |

**RECEIVED**
By USMS E/NC at 3:59 pm, Jun 29, 2023

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDI N. GRADY                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

FAILURE TO APPEAR FOR SCHEDULED CHANGE OF PLEA HEARING IN FAYETTEVILLE, NC ON 6/28/2023.

Date: 06/28/2023

*Issuing officer's signature*

City and state:  FAYETTEVILLE, NC         KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/29/2024  , and the person was arrested on *(date)* 10/11/2024
at *(city and state)* Reidsville, Georiga   .

Date:  10/11/2024

*Arresting officer's signature*

Nicholas M. Scripture ,Deputy U. S Marshal
*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                             Weight:

Sex:                                                Race:

Hair:                                               Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Class A

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:22-mj-01410-KS-1

Case title: USA v. Grady  
Date Filed: 05/02/2022

Assigned to: US Magistrate Judge Kimberly A. Swank

**Defendant (1)**

**Brandi N. Grady**  represented by  **David L. Boliek , Jr.**
Williford, Hollers, Crenshaw & Boliek
WillifordLawFirm@aol.com
138 Dick St.
Suite 200
Fayetteville, NC 28301
910-222-1000
Fax: 222-1001
Email: admin@whcbflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts** | **Disposition**

DWI - NCGS 20-138.1
(1)

DWI - NCGS 20-138.1
(1s)

DWI - NCGS 20-138.1
(1ss)

Child Endangerment - NCGS 14-318
(2)

Careless and Reckless by Manner - NCGS 20-140(b)
(2s)

Careless and Reckless by Manner - NCGS 20-140(b)
(2ss)

Expired Registration - NCGS 20-111(2)
(3)

Child Endangerment - NCGS 14-318.2
(3s)

Child Endangerment - NCGS 14-318.2
(3ss)

Communicating a Threat - NCGS 14-277.1(a)
(4)

Communicating Threats - NCGS 14-277.1
(4s)

Communicating Threats - NCGS 14-277.1
(4ss)

Resist, Delay, or Obstruct - NCGS 14-223
(5)

Resist, Delay and Obstruct a Police Officer (RDO) - NCGS 14-223
(5s)

Resist, Delay, or Obstruct a Police Officer (RDO) - NCGS 14-223
(5ss)

False Registration (Expired Registration) - NCGS 20-111(2)
(6s)

False Registration (Expired Registration) - NCGS 20-111(2)
(6ss)

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John F. Kirk**<br>United States Army Judge Advocate Generals Corps<br>4-2175 Reilly Road<br>Stop A<br>Fort Bragg, NC 28310-0000<br>910-396-1221<br>Email: john.f.kirk19.mil@army.mil<br>*LEAD ATTORNEY* |

ATTORNEY TO BE NOTICED
*Designation: Assistant US Attorney*

**Justin P Brickey**
XVIII Airborne Corps, Office of the Staff Judge Advocate
Federal Litigation Division
2175 Rock Merritt Road, Stop A
Fort Liberty, NC 28310
636-875-4806
Email: justin.p.brickey2.mil@army.mil
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2022 | 1 | VIOLATION NOTICE 1696008 as to Brandi N. Grady (1) count(s) 1, 2, 3, 4, 5. The personal identifiers have been redacted pursuant to the E-Government Act. An unredacted version has been filed under seal. (Attachments: # 1 Violation 1696009, # 2 Violation 1696010, # 3 Violation 1696011, # 4 Violation 1696012) (Rodriguez, M.) (Entered: 05/02/2022) |
| 05/02/2022 | 2 | Unredacted Document 1 Violation Notices. (Rodriguez, M.) (Entered: 05/02/2022) |
| 05/02/2022 | 3 | Notice of Hearing as to Brandi N. Grady: Initial Appearance set for 5/11/2022 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Robert T. Numbers II. This is a mandatory appearance. Defendant received her court date when she was issued her violation notice. (Rodriguez, M.) (Entered: 05/02/2022) |
| 05/11/2022 | 6 | CRIMINAL INFORMATION as to Brandi N. Grady (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s. (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/11/2022 | 7 | Penalty Sheet *(Selected Participants Only)* as to Brandi N. Grady. (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/11/2022 | 8 | Minute Entry for proceedings held before Magistrate Judge Robert T. Numbers, II in Fayetteville - Initial Appearance as to Brandi N. Grady held on 5/11/2022. Special Assistant US Attorney present for Government. Defendant present with counsel. Defendant advised of rights, charges, and maximum punishments. Defendant released on conditions. Defendant to surrender her driver's license to the Clerk of Court immediately for a period of 30 days. Arraignment set for 6/8/2022 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. (Court Reporter - FTR) (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/11/2022 | 9 | ORDER Setting Conditions of Release including the seizure of the driver's license for 30 days. Signed by Magistrate Judge Robert T. Numbers, II on 5/11/2022. (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/11/2022 | 11 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE by Brandi N. Grady. (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/23/2022 | 4 | Notice of Attorney Appearance: David L. Boliek, Jr appearing for Brandi N. Grady . (Boliek, David) (Entered: 05/23/2022) |
| 05/23/2022 | 5 | MOTION to Modify Conditions of Release *Pre-Trial* filed by Brandi N. Grady. (Boliek, David) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | | Motion Submitted to Magistrate Judge Robert T. Numbers, II as to Brandi N. Grady regarding 5 MOTION to Modify Conditions of Release *Pre-Trial*. (Rodriguez, M.) (Entered: 05/23/2022) |
| 05/25/2022 | | TEXT ORDER as to Brandi N. Grady. Defendant requests a modification to the conditions of his pre-trial release. [D.E. 5] If the Government objects to the modification, it shall file a notice to that effect no later than Friday, May 27, 2022. Entered by Magistrate Judge Robert T. Numbers, II on 5/25/2022. (Rodriguez, M.) (Entered: 05/25/2022) |
| 05/31/2022 | 12 | ORDER granting 5 Motion to Modify Conditions of Release as to Brandi N. Grady (1). Signed by Magistrate Judge Robert T. Numbers, II on 5/31/2022. (Rodriguez, M.) (Entered: 05/31/2022) |
| 06/02/2022 | 13 | MOTION to Continue filed by Brandi N. Grady. (Boliek, David) (Entered: 06/02/2022) |
| 06/02/2022 | | TEXT ORDER TO CONTINUE as to Brandi N. Grady. Time excluded from 6/8/22 until 8/10/22. Arraignment set for 8/10/2022 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161 (h)(7)(A). Entered by Magistrate Judge Kimberly A. Swank on 6/2/2022. (Rodriguez, M.) (Entered: 06/03/2022) |
| 08/09/2022 | 14 | MOTION to Continue filed by Brandi N. Grady. (Boliek, David) (Entered: 08/09/2022) |
| 08/09/2022 | | TEXT ORDER TO CONTINUE as to Brandi N. Grady. Time excluded from 8/10/22 until 10/5/22. Arraignment set for 10/5/2022 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Brian S. Meyers. The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161 (h)(7)(A). Entered by Magistrate Judge Kimberly A. Swank on 8/9/2022. (Rodriguez, M.) (Entered: 08/09/2022) |
| 10/03/2022 | 15 | MOTION to Continue filed by Brandi N. Grady. (Boliek, David) (Entered: 10/03/2022) |
| 10/03/2022 | | TEXT ORDER TO CONTINUE as to Brandi N. Grady. Time excluded from 10/5/22 until 11/30/22. Arraignment set for 11/30/2022 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Robert T. Numbers II. The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161 (h)(7)(A). Entered by Magistrate Judge Brian S. Meyers on 10/3/2022. (Rodriguez, M.) (Entered: 10/31/2022) |
| 11/22/2022 | 16 | MOTION to Continue filed by Brandi N. Grady. (Boliek, David) (Entered: 11/22/2022) |
| 11/22/2022 | | TEXT ORDER TO CONTINUE as to Brandi N. Grady. Time excluded from 11/30/22 until 1/18/23. Arraignment set for 1/18/2023 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161 (h)(7)(A). Entered by Magistrate Judge Robert T. Numbers, II on 11/22/2022. (Rodriguez, M.) (Entered: 11/23/2022) |
| 01/18/2023 | 17 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Swank in Fayetteville - Docket Call as to Brandi N. Grady held on 1/18/2023. Special Assistant US Attorney present for the Government. Counsel present for defendant. Counsel request a continuance to the March 2023 term of court. With No Objection from the government, the court grants the ORAL Motion to Continue and resets the Arraignment for 3/8/2023 at |

| Date | Doc # | Description |
|---|---|---|
| | | 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. (Court Reporter - FTR) (Rodriguez, M.) (Entered: 01/18/2023) |
| 01/18/2023 | | ORAL MOTION to Continue filed by Brandi N. Grady. (Rodriguez, M.) (Entered: 01/18/2023) |
| 01/18/2023 | | ORAL ORDER granting Oral Motion to Continue as to Brandi N. Grady (1). Time excluded from 1/18/2023 until 3/8/2023. The Court finds that the ends of justice served by the granting of this continuance outweigh the interest of the public and the defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161 (h)(7)(A). Entered by Magistrate Judge Kimberly A. Swank on 1/18/2023. (Rodriguez, M.) (Entered: 01/18/2023) |
| 03/07/2023 | | Judge update in case as to Brandi N. Grady. Magistrate Judge Kimberly A. Swank added. Magistrate Judge Robert T. Numbers, II no longer assigned to case. (Rodriguez, M.) (Entered: 03/10/2023) |
| 03/08/2023 | 18 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Swank in Fayetteville - Arraignment as to Brandi N. Grady (1) Count 1,1s,2,2s,3,3s,4,4s,5,5s,6s held on 3/8/2023. Special Assistant US Attorney present for the Government. Counsel for the Defendant present. Not Guilty Plea entered on all counts on behalf of the defendant by waiver of appearance. Bench trial set for 5/8/2023 at 10:00am in Greenville Annex Courtroom. Scheduling Order to follow. (Court Reporter - FTR) (Rodriguez, M.) (Entered: 03/10/2023) |
| 03/08/2023 | 19 | Waiver of Appearance by defendant Brandi N. Grady. (Rodriguez, M.) (Entered: 03/10/2023) |
| 03/08/2023 | 20 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE by Brandi N. Grady. (Rodriguez, M.) (Entered: 03/10/2023) |
| 03/08/2023 | 21 | SCHEDULING ORDER as to Brandi N. Grady - Motions due by 5/1/2023. Bench Trial set for 5/8/2023 at 10:00 AM in Greenville Annex - Courtroom before Magistrate Judge Kimberly A. Swank. Witness lists due by 5/7/23. Signed by Magistrate Judge Kimberly A. Swank on 3/8/2023. (Rodriguez, M.) (Entered: 03/10/2023) |
| 03/29/2023 | 22 | SUPERSEDING CRIMINAL INFORMATION as to Brandi N. Grady (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss. (Rodriguez, M.) (Entered: 03/31/2023) |
| 03/29/2023 | 23 | Penalty Sheet *(Selected Participants Only)* as to Brandi N. Grady. (Rodriguez, M.) (Entered: 03/31/2023) |
| 04/26/2023 | 24 | MOTION *Change of Plea* filed by Brandi N. Grady. (Boliek, David) (Entered: 04/26/2023) |
| 05/02/2023 | | Motion Submitted to Magistrate Judge Kimberly A. Swank as to Brandi N. Grady regarding 24 MOTION *Change of Plea*. (Rodriguez, M.) (Entered: 05/02/2023) |
| 05/02/2023 | 25 | ORDER granting 24 Motion Change of Plea as to Brandi N. Grady (1). Signed by Magistrate Judge Kimberly A. Swank on 5/2/2023. (Rodriguez, M.) (Entered: 05/03/2023) |
| 05/02/2023 | | Terminate - Bench Trial set for 5/8/2023 at 10:00 AM in Greenville Annex - Courtroom before Magistrate Judge Kimberly A. Swank. Due to Order entered granting 24 Motion Change of Plea as to Brandi N. Grady. Change of Plea Hearing set for 5/17/2023 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. (Rodriguez, M.) (Entered: 05/03/2023) |
| 05/02/2023 | | Set Hearing as to Brandi N. Grady: Change of Plea Hearing set for 5/17/2023 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. (Rodriguez, M.) (Entered: 05/03/2023) |

| | | |
|---|---|---|
| 05/16/2023 | 26 | MOTION to Continue filed by Brandi N. Grady. (Boliek, David) (Entered: 05/16/2023) |
| 05/16/2023 | | Motion Submitted to Magistrate Judge Kimberly A. Swank as to Brandi N. Grady regarding 26 MOTION to Continue . (Rodriguez, M.) (Entered: 05/16/2023) |
| 05/16/2023 | 27 | ORDER granting 26 Motion to Continue as to Brandi N. Grady (1). Signed by Magistrate Judge Kimberly A. Swank on 5/16/2023. (Rodriguez, M.) (Entered: 05/16/2023) |
| 05/16/2023 | | Reset Hearing as to Brandi N. Grady: Change of Plea Hearing set for 6/28/2023 at 08:00 AM in Fayetteville - Courtroom before Magistrate Judge Kimberly A. Swank. (Rodriguez, M.) (Entered: 06/02/2023) |
| 06/28/2023 | 28 | Minute Entry for proceedings held before US Magistrate Judge Kimberly A Swank in Fayetteville - Defendant failed to appear for Scheduled Change of Plea Hearing. Special Assistant US Attorney present for the Government. Counsel present for defendant. Hearing Not Held as to Brandi N. Grady. The Court issues warrant for arrest due to failure to appear for Change of Plea Hearing. (Court Reporter - FTR) (Rodriguez, Melissa) (Entered: 06/29/2023) |
| 06/28/2023 | 29 | Arrest Warrant Issued by US Magistrate Judge Kimberly A Swank in case as to Brandi N. Grady. Original to US Marshal's Office for service. (Rodriguez, Melissa) (Entered: 06/29/2023) |
| 01/16/2024 | 30 | Notice of Substitution of Counsel filed by Justin P Brickey on behalf of USA substituting for John F. Kirk. (Brickey, Justin) (Entered: 01/16/2024) |

FILED
MAR 29 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:22-MJ-1410

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | SUPERSEDING |
| ) | CRIMINAL INFORMATION |
| BRANDI N. GRADY ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, BRANDI N. GRADY, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## NOTICE OF THE EXISTENCE OF AT LEAST ONE
## GROSSLY AGGRAVATING FACTOR

Pursuant to Title 18, United States Code, Section 13 and North Carolina General Statute Sections 20-138.1, 20-179(c), and 20-179(f), the Government seeks

Level One punishment for Count One of this Criminal Information based on the following grossly aggravating

factor:

The defendant, BRANDI N. GRADY, was driving while impaired (DWI) with three children under the age of 18 while traveling through the Fort Bragg All American access control point (ACP). Driving while impaired along with three children under the age of 18 in her vehicle constitutes a level one grossly aggravating factor.

## COUNT TWO

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, BRANDI N. GRADY, did operate a motor vehicle upon a street, highway, or public vehicular area without due caution and circumspection and in a manner so as to endanger any person or property, in violation of Title 18, United States Code Section 13, assimilating North Carolina General Statute 20-140(b).

## COUNT THREE

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, BRANDI N. GRADY, did inflict physical injury, or allow physical injury to be inflicted, or create or allow to be created a substantial risk of physical injury, upon or to her 3 children by other than

accidental means in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute § 14-318.2(a).

## COUNT FOUR

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BRANDI N. GRADY, did willfully and unlawfully communicate a threat to physically injure or damage the property of another, in a manner which would cause a reasonable person to believe that the threat would be carried out, in violation of Title 18, United States Code, Section 13 assimilating North Carolina General Statue 14-277.1.

## COUNT FIVE

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, BRANDI N. GRADY, did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge a duty of his/her office, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-223.

## COUNT SIX

THAT, on or about 25 April 2022, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, BRANDI N. GRADY, did operate a motor vehicle upon a street, highway, or public vehicular area while displaying or

having in her possession a registration card knowing the same to be fictitious or having been canceled, revoked, suspended or altered, or willfully displayed an expired license or registration plate on a vehicle knowing the same to be expired, in violation of Title 18, United States Code Section 13, assimilating North Carolina General Statute 20-111(2).

                                            MICHAEL F. EASLEY, JR.
                                            UNITED STATES ATTORNEY

                                            BY: _____
                                            F. LEE FRANCIS
                                            Special Assistant United States Attorney
                                            XVIII Airborne Corps & Fort Bragg
                                            Fort Bragg, NC 28310-5000
                                            (910) 396-1221/1222